IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00437-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    IAN BAKER,

       Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled matter, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment in the above-captioned matter is dismissed.

SO ORDERED this   10th   day of   May  , 2012.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK
                SENIOR, UNITED STATES DISTRICT JUDGE
                UNITED STATES DISTRICT COURT

                DISTRICT OF COLORADO